HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LUIS ANTHONY EWING,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN HULL, et al.,<br><br>Defendants. | CASE NO. C12-6011 RBL<br><br>ORDER |

THIS MATTER is before the Court on its own Motion following Plaintiff Ewing's "Petition for Removal" pursuant to 28 U.S.C. §1441 [Dkt. #1]. Plaintiff seeks to remove to this Court four actions he apparently commenced in Kitsap County Superior Court, which he identifies as: Cause Nos. 12-5-00202-1; 127003742; 127003751 and 127003769. None of the state Court records are attached. Plaintiff claims that his lawsuits raise federal questions under 28 U.S.C. §1331. He has also filed a "Petition to Court of Competent Jurisdiction to Invalidate Action Upon Showing of Certain violations of Kitsap County Superior Court" [Dkt. #2].

The right to remove a case from state to federal court is vested exclusively in "the defendant or the defendants." 28 U.S.C. §1441(a). Federal law, not the applicable state statute or

ORDER - 1

1 | even the pleadings in state court, determines who is a plaintiff and who is a defendant. *Yakama*
2 | *Indian Nation v. State of Wash. Dept. of Revenue*, 176 F.3d 1241, 1248-49 (9th Cir. 1999).

3 |     In this case, Luis Ewing appears to be the plaintiff in various state court actions, and he
4 | seeks to remove those cases to this court, where he is also the plaintiff. As a plaintiff, Ewing
5 | perhaps could have initiated his lawsuit in this Court. But there is no authority for the
6 | proposition that as a plaintiff he can remove his state court action(s) to this Court. Indeed, it is
7 | clear that he cannot.

8 |     Additionally, there is no indication that, even if Ewing is the defendant in the state court
9 | case(s), the Notice of Removal is timely under 28 U.S.C. §1446. It is clear that the Notice is
10 | insufficient as it does not include the Complaint(s) Ewing is seeking to remove. *See* Local Rule
11 | 101(b). Therefore, the cases which are the subject of Ewing's Notice of Removal are hereby
12 | REMANDED to the Kitsap County Superior Court.

13 |     Plaintiff's Petition to Court of Competent Jurisdiction to Invalidate Action Upon
14 | Showing of Certain violations of Kitsap County Superior Court [Dkt. #2] is DENIED as moot.

15 |     IT IS SO ORDERED.
16 |     Dated this 30 day of November, 2012.

                                      Ronald B. Leighton
                                      United States District Judge