#### UNITED STATES DISTRICT COURT
**WESTERN DISTRICT OF WASHINGTON**
OFFICE OF THE CLERK

WILLIAM M. McCOOL  
CLERK

1717 Pacific Ave, Rm. 3100  
TACOMA, WASHINGTON 98402  
(253) 882-3800

December 3, 2012

Kitsap County Superior Court

Superior Court Clerk's Office

614 Division Street, MS-34

Port Orchard, WA 98366

    Re:    3:12-cv-6011-RBL

          Ewing vs. Hull, et al

Dear Clerk:

Please find enclosed the certified copy of Judge Ronald B. Leighton's Order remanding this case to state court in the above indicated cause. Certified copies or a CD of this case file will be forwarded to you in 15 days.

Please return the copy of this cover letter with the following information:

Superior Court Case Nos:    12-5-00202-1, 127003742, 127003751 & 127003769

Assigned to Judge:    _____

Completed by Deputy Clerk:    _____

          Sincerely,

          *s/Mary Trent*

          Mary Trent, Deputy Clerk

Enclosures  
cc: Court file, counsel